# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO 25-5114-GF-JTJ |
| Plaintiff, | VIOLATION: E2029428 |
| vs. | Location Code: M13 |
| **JAMES KING,** | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $20 fine and $30 processing fee for violation E2029680 (for a total of $50), and for good cause shown, **IT IS ORDERED** that the $5/0 payment made by the defendant is accepted as a full adjudication of violation E2029680.**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 30, 2025, is **VACATED**.

DATED this 27th day of October 2025.

_____
John Johnston
United States Magistrate Judge